Benny PATRANELLA Claimant–
Appellee,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 03–7025.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2004.

Before MAYER, Chief Judge, LOURIE
and CLEVENGER, Circuit Judges.

PER CURIAM.

In *Conway v. Principi*, No. 03–7072,
decided today, we hold that the United
States Court of Appeals for Veterans
Claims ("Veterans Court") must "take due
account of the rule of prejudicial error," as
stated in 38 U.S.C. § 7261(b)(2), when pre-
sented with the question of whether the
Secretary's failure to comply with 38
U.S.C. § 5103(a) requires a remand to the
Board of Veterans' Appeals. We therefore
*vacate* the remand decision of the Veterans
Court in this case, and we *remand* this
case for further proceedings consistent
with our holding in *Conway*.